STATE v. MONDS

No. 210 PC.

Case below: 36 N.C. App. 510.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. PASSMORE

No. 202 PC.

Case below: 37 N.C. App. 5.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. PEARCE

No. 194 PC.

No. 96 (Fall Term).

Case below: 36 N.C. App. 652.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 29 August 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.

STATE v. SPENCE

No. 166 PC.

Case below: 36 N.C. App. 627.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.

THOMPSON v. WARD

No. 182 PC.

Case below: 36 N.C. App. 593.

Petition by defendants for discretionary review under G.S. 7A-31 denied 29 August 1978.